544 U.S. 997
 MUNIZ-TAPIA
v.
UNITED STATES
DE LA CRUZ
v.
UNITED STATES; and
TAPIA
v.
UNITED STATES
 No. 04-9317.
 Supreme Court of United States.
 April 25, 2005.
 
 1
 C. A. 5th Cir. Reported below: 115 Fed. Appx. 719 (first judgment), 733 (second judgment), and 755 (third judgment).
 
 
 2
 Motion of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).